**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7420**

---

JIMMIE NELSON,

Plaintiff - Appellant,

versus

W. L. EAGLETON, Associate Warden, in his
personal and official capacity,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-95-2073-2-18AJ)

---

Submitted:  January 9, 1997          Decided:  January 24, 1997

---

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jimmie Nelson, Appellant Pro Se.  Sandra J. Senn, STUCKEY & SENN,
Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Nelson v. Eagleton, No. CA-95-2073-2-18AJ (D.S.C. Aug. 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED